■ F. Richard Bornhurst, Appellant, v. Massachusetts Bonding and Insurance Co., Respondent.— Motion granted and order dismissing appeal under rule X of the Appellate Division, Fourth Department, Calendar Rules,

vacated, on condition that printed original record is filed and briefs are filed and served on or before December 1, 1959.